[Nos. 17815-0-II; Division Two. November 28, 1995.]
18039-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. DEMITRIS
WHITE, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap County, No. 93-8-00652-1, Leonard Costello, J., and David F. Hedger, J. Pro Tem., entered December 16, 1993 and February 14, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Fleisher, J.

[No. 17036-1-II. Division Two. November 29, 1995.]

RICK LEO TIMMERMAN, *Respondent*, v. DEAN LEE,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-11469-8, Frederick W. Fleming, J., entered March 12, 1993. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 13363-0-III. Division Three. November 30, 1995.]

*In the Matter of the Marriage of* ANNE E.
HERNANDEZ, *Respondent, and* RUBEN M. HERNANDEZ,
*Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-3-01207-2, Stephen M. Brown, J., entered May 14, 1993. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.